JS - 6

**FILED: 11/12/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Sebastian Ventura*, | CASE NO. CV 14-4073-GHK (AGRx) |
|     **Plaintiff,** | |
|     v. | **JUDGMENT** |
| *Ocwen Loan Servicing, LLC*, | |
|     **Defendant.** | |

Pursuant to the Court's November 12, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's First Amended Complaint is **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: November 12, 2014

_____
GEORGE H. KING
Chief United States District Judge